# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| THE TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE; BRIAN W. TUCKER, an individual voter and resident of Richmond County; CATHY A. LATHAM, a 2020 candidate for Presidential Elector; and EDWARD T. METZ, a 2020 candidate for Presidential Elector, | * * * * * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 120-180 |
| BRADFORD J. RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW MASHBURN, and ANH LEE, in their official capacities as Members of the Georgia State Election Board; and TIM MCFALLS, MARCIA BROWN, SHERRY T. BARNES, TERENCE DICKS, and BOB FINNEGAN, in their official capacities as Members of the Richmond County Board of Elections, | * * * * * * * * * * * * * * | |
| Defendants. | * | |

# O R D E R

Presently before the Court is the Democratic Party of Georgia ("DPG") and DSCC's motion to intervene. (Doc. 10.) The motion is hereby **GRANTED**.

The Clerk is **DIRECTED** to add DPG and DSCC ("Intervenor-Defendants") as parties to this case and docket their proposed answer (Doc. 10-1). Intervenor-Defendants note that Anh Le's name is misspelled in Plaintiffs' complaint. (Doc. 10, at 2 n.1.) The Clerk is **DIRECTED** to correct the party's name to "Anh Le" in the docket.

Having been added as Intervenor-Defendants to this case, in the exercise of the Court's discretion and pursuant to Local Rule 7.7, S.D. Ga., the Court waives normal response requirements and **ORDERS** Intervenor-Defendants to file a response to Plaintiffs' "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 2) by **7:00 P.M., TUESDAY, DECEMBER 15, 2020.**

**ORDER ENTERED** at Augusta, Georgia, this 14th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA