IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| THE TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE; BRIAN W. TUCKER, an individual voter and resident of Richmond County; CATHY A. LATHAM, a 2020 candidate for Presidential Elector; and EDWARD T. METZ, a 2020 candidate for Presidential Elector, <br><br>    Plaintiffs, <br><br>    v. <br><br> BRADFORD J. RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW MASHBURN, and ANH LEE, in their official capacities as Members of the Georgia State Election Board; and TIM MCFALLS, MARCIA BROWN, SHERRY T. BARNES, TERENCE DICKS, and BOB FINNEGAN, in their official capacities as Members of the Richmond County Board of Elections, <br><br>    Defendants. <br><br> DEMOCRATIC PARTY OF GEORGIA and DSCC, <br><br>    Intervenor-Defendants. | CV 120-180 |

**O R D E R**

Plaintiffs having filed a Complaint (Doc. 1) and "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 2), the Court **ORDERS** the following:

(1) Plaintiffs shall perfect service on Defendants either by personal service or waiver in accordance with Federal Rule of Civil Procedure 4 by **9:00 P.M., EST, TODAY, DECEMBER 14, 2020.**

(2) Pursuant to Rule 65(a)(1), Plaintiffs' Complaint and "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" are consolidated and shall come before the Court for hearing on **THURSDAY, DECEMBER 17, 2020, at 10:00 A.M., EST** via Microsoft TEAMS Video. Public access shall be by telephone conferencing only. The following general rules shall govern participation in the hearing:

  a. An invitation email with a Microsoft TEAMS link for the VTC hearing will be sent to each party and participating counsel at an email address provided to the undersigned's Courtroom Deputy Clerk.
  b. Recipients of the hearing link shall not provide the information contained in the email to anyone else without first seeking and obtaining the permission of the Court.
  c. Members of the public who would like to attend this hearing may do so by dialing the Court's Public Teleconference line. Information for dialing into this hearing via the Public Teleconference line will be provided in a separate Notice of Hearing to be filed in the case.
  d. Parties and counsel are encouraged to participate in a TEST Microsoft TEAMS VTC call prior to the hearing by contacting the Court's Department of Computer Services at 912-650-4201 to test connectivity and

2

        troubleshoot any questions or problems you may have in advance of the hearing.

   e. Parties and counsel shall connect to the hearing at least 15 minutes prior to hearing start to ensure everyone is connected.

   f. Should any party intend to call any individual as a witness during the hearing held by electronic means, counsel shall bear the responsibility of contacting that individual and making arrangements for the witness to attend the hearing via video conference.

   g. Should any party require the subpoena power of the Court to secure any witness's attendance, counsel shall notify the undersigned's Courtroom Deputy Clerk well in advance of the hearing and in no event later than **4:00 P.M., EST, on TUESDAY, DECEMBER 15, 2020**.

   h. Should any party seek to offer any exhibits during the hearing, counsel shall provide the evidence in electronic format to the Undersigned's Courtroom Deputy Clerk no later than **12:00 P.M., EST, on WEDNESDAY, DECEMBER 16, 2020** and arrange for the submission of evidence via electronic means.

(3) Defendants and Intervenor-Defendants shall file their briefs in opposition to the claims in Plaintiffs' Complaint and "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" and any other relevant motions by **TUESDAY, DECEMEBER 15, 2020 at 9:00 P.M., EST**. Plaintiffs' reply briefs or any responses to a motion to dismiss or any other motions filed by Defendants and Intervenor-Defendants will be due on **WEDNESDAY, DECEMBER 16, 2020 by 3:00 P.M., EST**.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of December, 2020.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```