# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| THE TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD J. RAFFENSPERGER, et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 1:20-cv-00180-JRH-BKE |

## NOTICE OF PLAINTIFFS' SUBSTANTIAL COMPLIANCE WITH COURT ORDER TO PERFECT SERVICE OF PROCESS

On December 14, 2020, the Court ordered Plaintiffs to perfect service by 9:00 p.m. on that same day. Plaintiffs represents to the Court that the following has occurred:

1. On December 9, 2020 at 7:07 p.m., a copy of the filed Complaint and Motion for TRO was delivered to all Defendants via email with a request to waive formal service. See Ex. A, Email from C. Kachouroff.

2. At no time has Mr. Kachouroff received a response from any Defendant or a rejection of the email from any email server from the initial email.

3. On December 10, 2020, UPS processed via two-day mail, separate envelopes containing the Complaint and Motion for TRO. Those UPS envelopes were delivered on December 14, 2020 between 9:47 a.m. and 12:45 p.m. to Defendants' known work addresses. See Exhibit B, UPS confirmations.

4. Chilton Gibbs & Associates, LLC was retained to effect service late in the day on December 10 and received the summonses early on December 11.

5. On December 11, 2020, Intervenor-Defendants filed their Motion to Intervene.

6. The following is the status of private service of process:

   a. The Supervisor of Elections accepted service on behalf of the Richmond County Elections Board on December 14, 2020 at noon. See Ex. C.

   b. Defendant Sullivan could not be served because the Georgia Department of Administrative Services was not open on Monday and so arrangements were made with Jordan Fuchs to accept service on Tuesday.

   c. Most of the remaining Defendants were formally served on the afternoon of Tuesday, December 15, 2020. See Ex. D.

   d. Defendant Mashburn was not in his office and his law firm has refused to accept service on his behalf.

7. Plaintiffs have attempted to strictly comply with the Court's order and believe that service on has been substantially complied with in that Defendants received actual copies of the Complaint and Motion for TRO via email and before Tuesday, December 15, 2020.

        Respectfully submitted,

**12th CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE, et al.**

/s/  Christopher I. Kachouroff
Christopher I. Kachouroff, Esq.*
Patrick M. McSweeney, Esq.*
Robert J. Cynkar, Esq.*
MCSWEENEY, CYNKAR & KACHOUROFF, PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
(703) 621-3300 (o)
chris@mck-lawyers.com
patrick@mck-lawyers.com
rcynkar@mck-lawyers.com

Johnny Vines, Esq.
Georgia Bar Number: 940633
JOHNNY VINES, P.C.
404 Durden Street, Suite B
Vidalia, Georgia 30474
(912) 388-7071 (o)
(912) 537-6600 (f)
jecvines@vineslaw.com

*Counsel for Plaintiffs*

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

**Secretary of State Bradford P. Raffensperger**
214 State Capitol
Atlanta, Georgia 30334
brad@sos.ga.gov
soscontact@sos.ga.gov

**Rebecca N. Sullivan**
Georgia Department of Administrative Services
200 Piedmont Avenue SE
Suite 1804, West Tower
Atlanta, Georgia 30334-0910
Rebecca.sullivan@doas.ga.gov

**David J. Worley**
Evangelista Worley, LLC
500 Sugar Mill Road
Suite 245A
Atlanta, Georgia 30350
david@ewlawllc.com


**Matthew Mashburn**
Aldridge Pite, LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta, Georgia 30305
mmashburn@aldridgepite.com

**Anh Le**
Harley, Rowe & Fowler, P.C.
2700 Cumberland Parkway
Suite 525
Atlanta, Georgia 30339
ale@hrflegal.com

**Tim McFalls**
**Marcia Brown**
**Sherry T. Barnes**
**Terence Dicks**
**Bob Finnegan**
Richmond County Board of Elections
535 Telfair Street Suite 500
Augusta, GA  30901
Phone: 706-821-2340
Fax: 706-821-2814
RichmondElections@augustaga.gov

For Intervenor-Defendants, Democrat Party of Georgia, Inc. and the Democratic Senatorial Campaign Committee:

Marc E. Elias, Esq.
John M. Geise, Esq.
Perkins Coie, LLP
700 Thirteenth St NW
Suite 800
Washington, DC 20005
2023654.6200
melias@perkinscoie.com
jgeise@perkinscoie.com

Joyce Gist Lewis, Esq.
Adam M. Sparks, Esq.
Amanda R. Callais, Esq.
Krevolin & Horst, LLC
1201 W. Peachtree St. NW, One Atlantic Center
Suite 3250, Atlanta, GA 30309
jlewis@khlawfirm.com

This 15th day of December, 2020.

/s/  Christopher I. Kachouroff
Christopher I. Kachouroff, Esq.*
Patrick M. McSweeney, Esq.*
Robert J. Cynkar, Esq.*
McSweeney, Cynkar & Kachouroff, PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
(703) 621-3300 (o)
chris@mck-lawyers.com
