Chris Kachouroff &lt;chris@mck-lawyers.com&gt;

## 12th Congressional District v. Raffensperger, et al.
1 message

**Chris Kachouroff** &lt;chris@mck-lawyers.com&gt;     Wed, Dec 9, 2020 at 7:07 PM
To: brad@sos.ga.gov, soscontact@sos.ga.gov, Rebecca.sullivan@doas.ga.gov, david@ewlawllc.com, mmashburn@aldridgepite.com, ale@hrflegal.com, RichmondElections@augustaga.gov
Cc: Patrick McSweeney &lt;patrick@mck-lawyers.com&gt;, Robert Cynkar &lt;rcynkar@mck-lawyers.com&gt;, jecvines@vineslaw.com
Bcc: David Shafer &lt;david@gagop.org&gt;, jimcox1419@me.com, cathy latham &lt;cathyalatham@gmail.com&gt;, brian@tuckersecurity.com, "Kaye, Rich" &lt;Rich.Kaye@btlaw.com&gt;, Ted Metz &lt;tedmetz@gmail.com&gt;, Buck Moon &lt;b.moon101@gmail.com&gt;, "William J. Olson" &lt;wjo@mindspring.com&gt;, drr@mpac.pro, Vincent Apesa &lt;vincent.apesa@broadleaf-inc.com&gt;, Kay Godwin &lt;kaygodwin46@gmail.com&gt;

Dear Secretary Raffensperger, members of the Georgia State Election Board, and members of the Richmond Board of Elections,

The purpose of writing to you is twofold. First, we have filed a federal suit for acts undertaken in your official capacities. To that end, you will find attached a courtesy copy of the suit that we filed today along with our emergency request for a TRO in the U.S. District Court for the Southern District of Georgia . I expect that a permanent case number will be assigned tomorrow.

Second, we would appreciate it if you would kindly waive service. If so, please let me know and I will send the requisite form for that purpose. Otherwise, the suit will be processed and sent out for private service.

If you have any questions or concerns, do not hesitate to contact me.

Sincerely,

Chris Kachouroff

--

CHRISTOPHER I. KACHOUROFF, ESQ.

MCSWEENEY, CYNKAR & KACHOUROFF, PLLC

13649 Office Place, Suite 101

Woodbridge, Virginia 22192

703.621.3300 (o)

703.853.0160 (c)

---

 **2020.12.09 Filed Complaint and TRO_12th Con. Distr. Rep. Cmte, et.al vs. Georgia SoS.pdf**
4296K



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZW0200F0262595722

**Weight**

4.40 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

12/10/2020

**Delivered On**

12/14/2020 12:11 P.M.

**Delivered To**

AUGUSTA, GA, US

**Received By**

BAILEY

**Left At**

Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/14/2020 5:46 P.M. EST

EXHIBIT
B-1

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZW0200F0262594590

**Weight**

0.80 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

12/10/2020

**Delivered On**

12/14/2020 1:56 P.M.

**Delivered To**

ATLANTA, GA, US

**Received By**

ID Verified

**Left At**

Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/14/2020 5:47 P.M. EST

EXHIBIT B-2

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZW0200F0295926795

**Weight**

0.80 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

12/10/2020

**Delivered On**

12/14/2020 9:47 A.M.

**Delivered To**

ATLANTA, GA, US

**Received By**

DOOR

**Left At**

Office

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/14/2020 5:47 P.M. EST

EXHIBIT B-3

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZW0200F0262592332

**Weight**

0.80 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

12/10/2020

**Delivered On**

12/14/2020 12:45 P.M.

**Delivered To**

ATLANTA, GA, US

**Received By**

MCM

**Left At**

Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/14/2020 5:47 P.M. EST

EXHIBIT B-4

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZW0200F0262591208

**Weight**

0.80 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

12/10/2020

**Delivered On**

12/14/2020 10:20 A.M.

**Delivered To**

ATLANTA, GA, US

**Received By**

CONVID IVEY

**Left At**

Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/14/2020 5:48 P.M. EST



EXHIBIT
B-5

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZW0200F0295923403

**Weight**

9.20 LBS

**Service**

UPS 2nd Day Air®

**Shipped / Billed On**

12/10/2020

**Delivered On**

12/14/2020 12:01 P.M.

**Delivered To**

ATLANTA, GA, US

**Received By**

FRT DESK

**Left At**

Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/14/2020 5:48 P.M. EST



EXHIBIT B-6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 120-180

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bob Finnegan
was received by me on *(date)* 12/11/20 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynn Bailey , who is
designated by law to accept service of process on behalf of *(name of organization)* Richmond County
Board of Elections, Bob Finnegan on *(date)* 12/14/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/20

_____
Server's signature

John A. Philton, Registered Process Server
Printed name and title

PO Box 1835 Evans, GA 30809
Server's address

Additional information regarding attempted service, etc:

EXHIBIT
C-1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 120-180

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marcia Brown
was received by me on *(date)* 12/11/20 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn Bailey , who is
designated by law to accept service of process on behalf of *(name of organization)* Richmond County
Board of Elections, Marcia Brown on *(date)* 12/11/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/12/20

*Server's signature*

John A. Chilton, Registered Process Server
*Printed name and title*

PoBox 1835 Evans GA 30809
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT C-2**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 120-180

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Terence Dicks
was received by me on *(date)* 12/11/20 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn Bailey , who is
designated by law to accept service of process on behalf of *(name of organization)* Richmond County
Board of Elections, Terence Dicks on *(date)* 2/14/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/20

*Server's signature*

John H. Chilton, Registered Process Server
*Printed name and title*

PO Box 1835 Evans GA 30809
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT C-3**

Case 1:20-cv-00180-JRH-BKE   Document 23-1   Filed 12/15/20   Page 11 of 16
Case 1:20-cv-00180-JRH-BKE   Document 3   Filed 12/10/20   Page 20 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 120-180

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sherri T. Barnes
was received by me on *(date)* 12/11/20.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynn Bailey , who is
designated by law to accept service of process on behalf of *(name of organization)* Richmond County
Board of Elections, Sherri Barnes on *(date)* 12/14/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/20

*Server's signature*

John A. Clifton, Registered Process Server
*Printed name and title*

PO Box 1835 Evans, GA 30809
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT C-4**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV120-180

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tim McFalls
was received by me on *(date)* 12/11/20.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn Bailey, who is designated by law to accept service of process on behalf of *(name of organization)* Richmond County Board of Elections on *(date)* 12/14/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/14/20

*Server's signature*

John A. Chilton, Registered Process Server
*Printed name and title*

PO Box 1835 Evans GA 30809
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT C-5**

Civil Action No. CV 120-180

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anh Lee

was received by me on *(date)* 12/11/20.

☒ I personally served the summons on the individual at *(place)* 2700 Cumberland Parkway Suite 525 Atlanta GA 30339 on *(date)* 12/15/20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/15/20

*Server's signature*

John A. Chilton, Registered Process Server
*Printed name and title*

PO Box 1836 Evans GA 30809
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT D-1**

Case 1:20-cv-00180-JRH-BKE   Document 3   Filed 12/10/20   Page 4 of 20
Case 1:20-cv-00180-JRH-BKE   Document 23-1   Filed 12/15/20   Page 14 of 16

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 120-180

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual, and title, if any)* Rebecca N. Sullivan, GDOAS
was received by me on *(date)* 12/11/20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lisa Pin , who is
designated by law to accept service of process on behalf of *(name of organization)* GDOAS,
Rebecca N. Sullivan on *(date)* 12/15/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/15/20

*Server's signature*

J. Alexander Philton, Registered Process Server
*Printed name and title*

PO Box 1835 Evans GA 30809
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT D-2**

Case 1:20-cv-00180-JRH-BKE   Document 3   Filed 12/10/20   Page 6 of 20
Case 1:20-cv-00180-JRH-BKE   Document 23-1   Filed 12/15/20   Page 15 of 16

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 120-180

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Secretary of State Brad P. Raffensperger
was received by me on *(date)* 12/11/20 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jordan Fuchs, Deputy Secretary of State who is designated by law to accept service of process on behalf of *(name of organization)* Georgia Secretary of State, Brad P. Raffensperger on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/15/20

_____
Server's signature

John A. Charlton, Registered Process Server
Printed name and title

PO Box 1835 Evans, GA 30809
Server's address

Additional information regarding attempted service, etc:

**EXHIBIT D-3**

Case 1:20-cv-00180-JRH-BKE   Document 3   Filed 12/10/20   Page 2 of 20
Case 1:20-cv-00180-JRH-BKE   Document 23-1   Filed 12/15/20   Page 16 of 16

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 120-180

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David J. Worley
was received by me on *(date)* 12/11/20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Barry Paltman, Paralegal , who is
designated by law to accept service of process on behalf of *(name of organization)* Evangelista Worley
for David J Worley on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/15/20

_____
Server's signature

Iden A. Chilton, Registered Process Server
Printed name and title

PO Box 1835 Evans GA 30809
Server's address

Additional information regarding attempted service, etc:

**EXHIBIT D-4**