**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | |
|---|---|
| THE TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE, *et al.*, | |
| *Plaintiffs,* | CIVIL ACTION |
| v. | CASE NO. 1:20-cv-00180-JRH |
| BRAD RAFFENSPERGER, *et al.*, | |
| *Defendants.* | |

**MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR INJUNCTIVE
AND DECLARATORY RELIEF**

Defendants Tim McFalls, Marcia Brown, Sherry T. Barnes, Terence
Dicks, and Bob Finnegan, in their official capacities as members of the
Richmond County Board of Elections ("Richmond Defendants"), move to
dismiss Plaintiffs' Complaint for Injunctive and Declaratory Relief [Doc. 1] in
its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this
motion, Richmond Defendants rely on their Brief in Support of Richmond
Defendants' Motion to Dismiss Plaintiffs' Complaint for Injunctive and
Declaratory Relief, which is filed with this motion.

1

Respectfully submitted this 15th day of December, 2020.

**TAYLOR ENGLISH DUMA LLP**

*/s/ Diane Festin LaRoss*
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com

*/s/Bryan P. Tyson*
Bryan P. Tyson (*pro hac vice forthcoming*)
Georgia Bar No. 515411
btyson@taylorenglish.com

Bryan F. Jacoutot (*pro hac vice forthcoming*)
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
770.434.6868 (telephone)

*Counsel for Richmond Defendants*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to L.R. 5.1, the undersigned hereby certifies that the foregoing

MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR INJUNCTIVE AND

DECLARATORY RELIEF has been filed using the Court's CM/ECF system,

which will provide notice to all counsel of record in this proceeding.

*/s/ Diane Festin LaRoss*
Diane Festin LaRoss
Georgia Bar No. 430830
