# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| THE TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> CASE NO. 1:20-cv-00180-JRH |

Pursuant to 28 U.S.C. § 1746, I, Lynn Bailey, make the following declaration:

1.

My name is Lynn Bailey. I am over the age of 21 years, and I am under no legal disability that would prevent me from giving this declaration. I am giving this declaration based on my personal knowledge.

2.

I am the Executive Director of the Richmond County Board of Elections, and in that position, my role is to oversee the administrative duties and to fulfill the policies and directives of the Richmond County Board of Elections. I have served in that position since 1993.

1

3.

The Board of Elections has a professional staff, which ranges in size between 9 fulltime employees and a number of temporary employees, as needed. It oversees the equipment needs for Richmond County's 68 voting precincts; recruiting and hiring poll managers, assistant poll managers, and poll workers for every election; arranging for the State's Ballot-Marking Devices (BMDs) for all precincts to include training all poll officials, securing transportation of equipment to and from the polling locations; supervising all aspects of Advance in Person voting at multiple locations; supervising all aspects of absentee by mail ballots; and supervising all aspects of the November General Election and the January General Election Runoff.

4.

After the State Election Board (SEB) authorized absentee ballot drop boxes for the June primary election, Richmond County established four sites where dropboxes would be used and leading up to the November 2020 general election, added a fifth dropbox location.

5.

As required by the SEB regulations, each drop box was located on government property; is permanently affixed to the ground; was emptied

every 72 hours and, beginning on the second Monday prior to Election Day, each night by two individuals; and was under 24-hour video surveillance.

6.

During the November 2020 general election, 87,530 voters out of 134,749 registered voters cast ballots. Almost 28,000 of those ballots (or approximately 32%) were cast using absentee by mail voting, delivered either by personal delivery to the Board of Elections office, by U.S. Mail, or by dropbox.

7.

We expect a similar percentage of absentee-by-mail ballots for the January 5 runoff.

8.

The dropbox locations in Richmond County have been widely publicized and are already being used by voters for the January runoff election.

9.

To remove the dropboxes now would dramatically increase the burden on election officials in my main office to be available to receive absentee ballots at the main office and would increase the burden on voters who do not wish to wait in line. A voter's only options would be to place their ballot in the

mail, personally deliver their ballot to the Board of Elections Office, or vote in person.

10.

When an individual requests an absentee ballot, there are several steps my office goes through to confirm the voter's identity.

11.

First, if the application is signed and does not come through the State's online portal, the signature on the application is checked against the voter-registration records in our offices. If the signatures match, the voter is sent a ballot. If the signatures do not match, the voter is sent a provisional absentee ballot with instructions on how to cure the signature mismatch.

12.

Second, when the voter returns his or her ballot, the signature on the ballot envelope is checked by the staff against the application and against the voter-registration record. If the signatures match, the ballot is accepted. If the signatures do not match, the election office employee is instructed to bring the envelope to a group of employees, that usually includes me. The group of three then concludes whether the signature matches. This process has been used by our office for years with the specific group review in the

case of signatures that do not match implemented beginning May 1, 2020 upon receipt of guidance from the Georgia Secretary of State's Office.

13.

Third, if the signature does not match, the voter is notified and given an opportunity to cure by executing and returning an affidavit form along with their photo ID. We had many voters who utilized the cure process during the November general election and expect to have voters utilizing that process for the January runoff as well.

14.

In light of the huge increase in absentee ballots during 2020, early scanning of absentee ballots has been crucial to allow us to timely process the paper ballots.

15.

Our office follows state regulations carefully and does not tabulate votes prior to Election Day. Instead, we process and scan ballots to enable to us to more quickly report results on election night. We have not changed any of our processes for ballot security or chain of custody except to move the start time earlier, as allowed by the state regulations.

16.

For the January 5, 2021 General and Special Election Runoff, our office will begin separating absentee ballots from their outer envelopes and the process of early scanning of ballots as allowed by state regulations on December 21, 2020.

17.

Ballot harvesting is prohibited by Georgia law and that has not changed in light of any of the changes in process made in 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of December, 2020.

*Lynn Bailey*
Lynn Bailey