# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE; et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRADFORD J. RAFFENSPERGER, in is official capacity as SECRETARY OF STATE OF GEORGIA, et al., <br><br> *Defendants*. | Civil Action No. 1:20-cv-00180-JRH-BKE |

## **DECLARATION OF JAMES WOODALL**

Pursuant to 28 U.S.C. § 1746, I, James Woodall, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am over 18 years of age and I am competent to make this affidavit.

3. I am the President of the Georgia State Conference of the National Association for the Advancement of Colored People ("Georgia NAACP"). I have held this position since October 13, 2019.

4. The NAACP was founded on February 12, 1909, and is the oldest, largest, and most widely recognized grassroots-based civil rights organization.

5. The Georgia NAACP is a state conference of the NAACP and is the oldest and one of the largest and most significant organizations promoting and protecting the civil rights of African Americans and other racial and ethnic minorities in Georgia.

5

6. The Georgia NAACP is a non-partisan, interracial, nonprofit membership organization with a mission to "secure the political, educational, social, and economic equality of rights in order to eliminate race-based discrimination and ensure the health and well-being of all persons." In furtherance of this mission, the Georgia NAACP has engaged in extensive efforts to increase voter registration and voter participation and to protect voting rights.

7. The Georgia NAACP has branches in counties across the state of Georgia that are involved in voter registration, voter assistance, voter education, election protection, grassroots mobilization, and get-out-the-vote efforts. As of 2020, the Georgia NAACP has approximately 10,000 members in Georgia.

8. The Georgia NAACP has sought to prevent efforts to suppress or disenfranchise African American voters and has been involved in voting rights litigation in Georgia to vindicate their rights.

9. The Georgia NAACP works to protect voting rights through litigation, advocacy, legislation, communication, and outreach. The Georgia NAACP works to promote voter registration, voter education, get out the vote efforts, election protection and census participation.

10. With respect to the January 5, 2021 runoff election, the Georgia NAACP's voter outreach efforts have included providing education to voters on how to cast mail-in ballots.

11. In preparation for the January runoff election, the Georgia NAACP's work has included educating voters about current Georgia election procedures, including recent changes to election laws, and informing its members and members of the public about how to properly complete the voter declarations accompanying mail-in ballots or how to correct minor mistakes on mail-in ballots.

12. The Georgia NAACP has launched a get out the vote campaign for the 2020 election cycle, including the January 2021 runoff election. One of the key components of the campaign included providing accurate information regarding mail-in ballots to the Georgia NAACP's membership and the rest of the public. As part of that campaign, the Georgia NAACP configured its website, naacpga.org, to include a public service announcement about the 866-OURVOTE voter protection hotline and a link directing voters to the 866ourvote.org website. The website includes information about the voting process and tools available to voters, including about the Georgia NAACP's partnership with Lyft to get voters to the polls.

13. The Georgia NAACP has developed materials and worked with local NAACP branches to educate its members and the public about voting by mail in the upcoming election including, for example, providing information concerning the availability and location of mail ballot drop boxes. The Georgia NAACP has developed messaging and materials regarding mail ballot drop box locations in particular counties.

14. The Georgia NAACP is conducting a text and phone banking program for the January 2021 election. As part of the program, the Georgia NAACP reached out to voters throughout Georgia to encourage voter participation and to educate the public about the voting process, including about voting by mail.

15. Many of the Georgia NAACP's members have voted by mail or are planning on voting by mail in the January 2021 runoff election. Many have already used drop boxes to drop off their mail ballot. Other voters are planning to deliver their mail ballots to a drop box.

16. Many Georgia NAACP members are at risk of being disenfranchised if mail ballot drop boxes are eliminated or if more mail ballots are rejected due to allegedly mismatched signatures due to the flawed process requested by the Plaintiffs in this case.

17.     The Georgia NAACP has an interest in preventing the disenfranchisement of eligible voters, including its members and voters it may have assisted with navigating the voting process.

18.     If mail ballot drop boxes are eliminated, the Georgia NAACP will not only have to change its messaging to voters of color about the (non-)availability of mail ballot drop boxes, but the NAACP will also have to divert considerable resources from its ongoing election protection, advocacy, and get out the vote efforts to educate and assist eligible voters.  Many voters of color will not be able to vote in person and will not be able to travel to a county board of elections office to drop their ballot off in person.  Many voters may not be able to mail their ballot to the county board of elections in time for their vote to be counted.

19.     Similarly, if mail ballot drop boxes are eliminated, the Georgia NAACP will have to divert its resources to educate voters about changes to the mail voting process, and would have to respond to questions from voters who used a mail ballot drop box in the November 2020 election and will be confused by the fact that they are not available for the runoff election.

20.     The Georgia NAACP has traditionally provided transportation to the polls for voters on Election Day.  If the Plaintiffs prevail in this case, the Georgia NAACP will have to divert resources to physically transport voters to the county board of elections to drop off their mail ballots or to polling places or early voting locations to vote in person.  The nature and scope of our voter assistance efforts will need to change if voters do not have access to a drop box or additional mail ballots are rejected due to an alleged signature mismatch.

21.     The Georgia NAACP's additional efforts to educate voters attempting to submit mail-in ballots or assist voters whose mail ballots are rejected due to a flawed signature match review process will divert substantial resources away from core activities such as voter

registration and other efforts such as criminal justice work. This is due to the fact that the Georgia NAACP's resources are limited.

22. The Georgia NAACP has an interest in preventing the disenfranchisement of eligible voters who wish to vote by mail in the midst of the COVID-19 pandemic, including its members and voters it may have assisted in navigating the registration process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of December, 2020 in Fulton County, Georgia.

_James Woodall_
James Woodall