# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

TWELFTH CONGRESSIONAL DISTRICT
REPUBLICAN COMMITTEE; et al.,

*Plaintiffs*,

v.

BRADFORD J. RAFFENSPERGER, in is
official capacity as SECRETARY OF
STATE OF GEORGIA, et al.,

*Defendants*.

Civil Action No. 1:20-cv-00180-JRH-BKE

**[PROPOSED] ORDER**

Presently before the Court is the Motion to Intervene, filed by The Georgia State Conference of the NAACP ("Georgia NAACP"), Georgia Coalition for the People's Agenda ("GCPA") (together, the "Organizational Intervenor-Defendants"), and Helen Butler (the "Individual Intervenor-Defendant," and collectively with the Organizational Intervenor-Defendants, the , "Intervenor-Defendants"). (Doc. __.) The motion is hereby **GRANTED**.

The Clerk is **DIRECTED** to add the Intervenor-Defendants as parties to this case and docket their proposed answer (Doc. __-__.) The Clerk is also **DIRECTED** to docket their proposed Opposition to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. __-__.)

ORDER ENTERED at Augusta Georgia this ___ day of December 2020

_____
J. Randall Hall, Chief Judge
United States District Court
Southern District of Georgia

1