# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE; et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRADFORD J. RAFFENSPERGER, in is official capacity as SECRETARY OF STATE OF GEORGIA, et al.,<br><br>*Defendants*. | Civil Action No. 1:20-cv-00180-JRH-BKE |

## [PROPOSED] ORDER

Presently before the Court is Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). (Doc 2.) A hearing was held on the Motion on December 17, 2020. Counsel for the Parties, including the Intervenor-Defendants, appeared through their respective counsel of record. Having considered the oral and written argument of the parties and record before it, the Court hereby **DENIES** the Motion. Plaintiffs have failed to satisfy the requirements to merit a Temporary Restraining Order or Preliminary Injunction.

IT IS SO ORDERED.

ORDER ENTERED at Augusta Georgia this ___ day of December 2020

_____
J. Randall Hall, Chief Judge
United States District Court
Southern District of Georgia

1