ATTACHMENT A

PARTIES TO BE
REPRESENTED AND
PETITIONER'S PREVIOUS
LITIGATION MATTER IN THE
SOUTHERN DISTRICT OF
GEORGIA

The parties to be represented by Petitioner in this action include the proposed intervenor-defendants: Georgia State Conference of the NAACP; Georgia Coalition for the People's Agenda, Inc.; and Helen Butler.

Petitioner was previously admitted pro hac vice in the following matter litigated in the United States District Court for the Southern District of Georgia: Georgia Coalition for the Peoples' Agenda, Inc. et al v. Nathan Deal et al, Civil Case No. 4:16-cv-00269-WTM-GRS.

Petitioner represented the Plaintiffs in that action who sought and obtained an extension of the 2016 voter registration deadline for Chatham County voters due to the devastation suffered in the county as a result of Hurricane Matthew and the closure of the county election office on and around the final day of voter registration for the 2016 general election. The Complaint was filed on October 12, 2016 and the matter was concluded on March 15, 2017 following a full settlement of the action by the parties.