# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| THE TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD J. RAFFENSPERGER, et al, <br><br> Defendants. | Civil No. 1:20-cv-00180-JRH-BKE |

## PLAINTIFFS' OPPOSITION TO PROPOSED INTERVENOR-DEFENDANTS GEORGIA STATE CONFERENCE OF THE NAACP, GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC. AND HELEN BUTLER

The deadline for known parties opposing Plaintiffs' Complaint and Motion for Temporary Restraining Order was set for 9:00 p.m. on December 15, 2020. Another set of Proposed Intervenors, the Georgia State Conference of the NAACP, the Georgia Coalition for the People's Agenda, Inc. and Helen Butler filed a motion to intervene along with a brief in opposition to Plaintiffs' claims 17 minutes before the Court's stated deadline.

Plaintiffs' object to this proposed intervention on several grounds, among them including that the filing adds further confusion and unnecessary

complication, their goals align with the current Defendants who are vigorously defending this case, their asserted claims mirror those of the existing Defendants, and their responses are simply not helpful to the Court.

While Plaintiffs do not object to this set of Proposed Intervenors filing amicus briefs, there is no legitimate basis for them to intervene as a matter of right or permissively.

Plaintiffs intend to file an opposition brief after responding to the current briefs before the Court opposing Plaintiffs' Motion for Temporary Restraining Order.

Respectfully submitted,

**12th CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE, et al.**

/s/  Christopher I. Kachouroff
Christopher I. Kachouroff, Esq.*
Patrick M. McSweeney, Esq.*
Robert J. Cynkar, Esq.*
MCSWEENEY, CYNKAR & KACHOUROFF, PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
(703) 621-3300 (o)
chris@mck-lawyers.com
patrick@mck-lawyers.com
rcynkar@mck-lawyers.com

Johnny Vines, Esq.
Georgia Bar Number: 940633
JOHNNY VINES, P.C.

**Opposition to Intervention by NAACP**

**Page 2 of 3**

>404 Durden Street, Suite B
>Vidalia, Georgia 30474
>(912) 388-7071 (o)
>(912) 537-6600 (f)
>jecvines@vineslaw.com
>
>*Counsel for Plaintiffs*
>
>*\* Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

>/s/  Christopher I. Kachouroff
>Christopher I. Kachouroff, Esq.*
>Patrick M. McSweeney, Esq.*
>Robert J. Cynkar, Esq.*
>MCSWEENEY, CYNKAR & KACHOUROFF, PLLC
>13649 Office Place, Suite 101
>Woodbridge, Virginia 22192
>(703) 621-3300 (o)
>chris@mck-lawyers.com