IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| THE TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE; BRIAN W. TUCKER, an individual voter and resident of Richmond County; CATHY A. LATHAM, a 2020 candidate for Presidential Elector; and EDWARD T. METZ, a 2020 candidate for Presidential Elector, | * * * * * * * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 120-180 |
| BRADFORD J. RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW MASHBURN, and ANH LE, in their official capacities as Members of the Georgia State Election Board; and TIM MCFALLS, MARCIA BROWN, SHERRY T. BARNES, TERENCE DICKS, and BOB FINNEGAN, in their official capacities as Members of the Richmond County Board of Elections, | * * * * * * * * * * * * * * | |
| Defendants. | * * | |
| DEMOCRATIC PARTY OF GEORGIA and DSCC, | * * * | |
| Intervenor-Defendants. | * | |

**O R D E R**

Presently before the Court is the Georgia State Conference of the NAACP ("Georgia NAACP"), Georgia Coalition for the People's Agenda, Inc. ("GCPA"), and Helen Butler's motion to intervene. (Doc. 31.)  The motion is hereby **GRANTED**.

The Clerk is **DIRECTED** to add Georgia NAACP, GCPA, and Helen Butler (collectively, "Intervenor-Defendants") as parties to this case and docket their proposed answer (Doc. 31-4) and proposed brief in opposition (Doc. 31-5).

**ORDER ENTERED** at Augusta, Georgia, this 16th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA