# United States District Court

## Southern District of Georgia

The Twelfth Congressional District Republican Committee, et al.
Plaintiff

v. Raffensperger, et al.

Defendant

Case No. 1:20-cv-00180-JRH

Appearing on behalf of : Richmond Defendants

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Bryan F. Jacoutot hereby requests permission to appear pro hac vice in the subject case filed in the Augusta Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, Northern District of Georgia. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates Diane Festin LaRoss as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 16th day of December, 2020.

(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Diane Festin LaRoss, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This 16th day of December, 2020.

| | |
|---|---|
| 430830 | /s/Diane Festin LaRoss |
| Georgia Bar Number | Signature of Local Counsel |
| 770-434-6868 | Taylor English Duma LLP (Law Firm) |
| Business Telephone | 1600 Parkwood Circle, Suite 200 (Business Address) |
| | Atlanta, GA 30339 (City, State, Zip) |
| | (Mailing Address) |
| | dlaross@taylorenglish.com (Email Address) |

**Statement of Cases in the Southern District of Georgia in which Bryan Jacoutot has appeared:**

1. None.

Respectfully submitted this 16th day of December, 2020.

*/s/Diane Festin LaRoss*
Diane Festin LaRoss

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA         }
                                 } ss.
NORTHERN DISTRICT OF GEORGIA     }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **BRYAN FRANCIS JACOUTOT, State Bar No. 668272,** was duly admitted to practice in said Court on 06/15/2015 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 15th day of December, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk



# United States District Court

## *Southern District of Georgia*

The Twelfth Congressional District
Republican Committee, et al.
_____
              Plaintiff

Case No.   _____1:20-cv-00180-JRH_____

**v.**

Raffensperger, et al.
_____
              Defendant

Appearing on behalf of
_____Richmond Defendants_____
         (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
\*\*\*\*\*

NAME OF PETITIONER: Bryan F. Jacoutot

Business Address: Taylor English Duma LLP
                    Firm/Business Name

1600 Parkwood Circle
          Street Address

| Suite 200 | Atlanta | GA | 30339 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

770-434-6868          668272
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: bjacoutot@taylorenglish.com