# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **1:20cv180**

DATE **December 17, 2020**

TITLE **The Twelfth Congressional District Republican Committee, et al v. Bradford J. Raffensperger, et al.**

TIMES **10:09 - 11:09**

Honorable: **J. Randal Hall**

Courtroom Deputy: **Courtnay Capps**

Court Reporter: **Lisa Davenport**

### Plaintiff

**The Twelfth Congressional District Republican Committee**
**Brian W. Tucker**
**Cathy A. Latham**
**Edward T. Metz**

**Represented by:**
 Christopher I. Kachouroff
 Johnny Emmett Clyde Vines
 Patrick M. McSweeney
 Robert J. Cynkar

### Defendant

**Defendants Bradford J. Raffensperger, Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Anh Le; represented by Russell David Willard**

**Defendants Tim McFalls, Marcia Brown, Sherry T. Barnes, Terence Dicks, and Bob Finnegan; represented by Bryan F. Jacoutot, Bryan Tyson, Diane Festin LaRoss**

**Intervenor Defendants Democratic Party of Georgia, Inc. and DSCC; represented by: Amanda R. Callais, John M. Geise, and Joyce Gist Lewis, Halsey Knapp**

**Intervenor Defendants Georgia State Conference of the NAACP, Georgia Coalition for the Peoples Agenda, Inc., and Helen Butler; represented by: Julie M. Houk and John Paul Batson**

PROCEEDINGS: **Complaint, Emergency Motion for Temporary Restraining Order, and Preliminary Injunction hearing by video teleconference.**

☑ In Court
☐ In Chambers

NOTES:

Hearing held. Court to enter an Order.