IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| THE TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE; BRIAN W. TUCKER, an individual voter and resident of Richmond County; CATHY A. LATHAM, a 2020 candidate for Presidential Elector; and EDWARD T. METZ, a 2020 candidate for Presidential Elector, | * * * * * * * * * * | |
| Plaintiffs, | * * | CV 120-180 |
| v. | * | |
| BRADFORD J. RAFFENSPERGER, in his official capacity as Secretary of State of Georgia; REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW MASHBURN, and ANH LE, in their official capacities as Members of the Georgia State Election Board; and TIM MCFALLS, MARCIA BROWN, SHERRY T. BARNES, TERENCE DICKS, and BOB FINNEGAN, in their official capacities as Members of the Richmond County Board of Elections, | * * * * * * * * * * * * * * * | |
| Defendants, | * * | |
| DEMOCRATIC PARTY OF GEORGIA and DSCC, | * * * | |
| Intervenor-Defendants, | * * * | |
| GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and HELEN BUTLER, | * * * * * | |
| Intervenor-Defendants. | * | |

**O R D E R**

On December 17, 2020, the Court held a hearing on Plaintiffs' Complaint (Doc. 1) and "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 2) and Defendants' Motions to Dismiss (Docs. 27, 28). After fully considering the parties' filings and oral arguments, and for the reasons stated on the record, the Court **GRANTS** Defendants' Motions to Dismiss (Docs. 27, 28) and **DENIES AS MOOT** Plaintiffs' "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 2). Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA