# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE, CATHY A. LATHAM, a Republican Elector for President Donald J. Trump, GLORIA KAY GODWIN, a Republican Elector for President Donald J. Trump, and EDWARD T. METZ, a Libertarian Elector for Candidate Jo Jorgensen,<br><br>               Plaintiffs,<br><br>v.<br><br>BRADFORD J. RAFFENSPERGER, Secretary of State, in his official capacity, REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW MASHBURN ANH LEE, in their official capacity as members of the Georgia State Election Board, TIM McFALLS, MARCIA BROWN, SHERRY T. BARNES, TERENCE DICKS and BOB FINNEGAN, in their official capacity as members of the Richmond County Board of Elections,<br><br>               Defendants.<br><br>DEMOCRATIC PARTY OF GEORGIA, INC., DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, GEORGIA STATE CONFERENCE OF THE NAACP, GEORGIA COALTION FOR THE PEOPLES AGENDA, and HELEN BUTLER,<br><br>               Intervenor-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 1:20-cv-00180<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Plaintiffs' Notice of Appeal**

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Twelfth Congressional District Republican Committee, Brian W. Tucker, Cathy A. Latham, and Edward T. Metz, plaintiffs in this action, appeal to the United States Court of Appeals for the Eleventh Circuit from that portion of the Order entered on December 17, 2020 that dismissed plaintiffs' Complaint for Injunctive and Declaratory Relief on the grounds that plaintiffs lack standing and that the decisions in *Railroad Comm'n v. Pullman,* 312 U,S, 496 (1941) and *Pennhurst State School & Hospital v. Halderman,* 465 U.S. 89 (1984) require abstention, as stated on the record and incorporated by reference in the December 17, 2020 Order.

Dated: January 15, 2021        Respectfully submitted,

**12th CONGRESSIONAL DISTRICT REPUBLICAN COMMITTEE, et al.**

/s/  Christopher I. Kachouroff
Christopher I. Kachouroff, Esq.*
Patrick M. McSweeney, Esq.*
Robert J. Cynkar, Esq.*
MCSWEENEY, CYNKAR & KACHOUROFF, PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
(703) 621-3300 (o)

chris@mck-lawyers.com
patrick@mck-lawyers.com
rcynkar@mck-lawyers.com

Johnny Vines, Esq.
Georgia Bar Number: 940633
JOHNNY VINES, P.C.
404 Durden Street, Suite B
Vidalia, Georgia 30474
(912) 388-7071 (o)
(912) 537-6600 (f)
jecvines@vineslaw.com

*Counsel for Plaintiffs*
*\* Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

I certify that on January 15, 2021, a true copy of the foregoing Notice of Appeal was electronically filed with this Court through CM/ECF and was furnished to counsel of record by email through the CM/ECF system.

/s/ Christopher I. Kachouroff
Christopher I. Kachouroff, Esq.*
Patrick M. McSweeney, Esq.*
Robert J. Cynkar, Esq.*
MCSWEENEY, CYNKAR & KACHOUROFF, PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
(703) 621-3300 (o)
chris@mck-lawyers.com