# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| JOHN E. TRIPLETT<br>ACTING CLERK | OFFICE OF THE CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA   30903 | TELEPHONE   (706)849-4400 |

David Smith, Clerk  
U.S. Court of Appeals  
56 Forsyth Street, NW  
Atlanta, GA  30303

D.C. Number  CV120-180

U.S.C.A. Number

RE: The Twelfth Congressional District Republican Committee et al v. Raffensperger et al

---

Enclosed are documents regarding an appeal in this matter.

☒ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☒ First Notice of Appeal:   ☑ Yes   ☐ No  
Date of other _____

☐ Certified record on appeal consisting of:  
___ Volume (s) of pleadings;   ___ Volume (s) of transcripts;  
___ Volume (s) of exhibits/deposition;   ___ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☒ The appellate docket fee has been paid:   ☑ Yes   ☐ No  
Date paid  1/15/2021

☐ Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is  Hall

☒ The Court Reporter is  Davenport

☐ This is an appeal of a bankruptcy order  
Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

☐ OTHER:

cc:

Sincerely,

JOHN E. TRIPLETT, ACTING CLERK  
U.S. DISTRICT COURT

BY: _____  
Deputy Clerk

DATE:  1/19/2021