APPEAL

**U.S. District Court**
**Southern District of Georgia (Augusta)**
**CIVIL DOCKET FOR CASE #: 1:20–cv–00180–JRH–BKE**
*Internal Use Only*

| | |
|---|---|
| The Twelfth Congressional District Republican Committee et al v. Raffensperger et al<br>Assigned to: Chief Judge J. Randal Hall<br>Referred to: Magistrate Judge Brian K. Epps<br>Cause: 42:1983 Civil Rights Act | Date Filed: 12/09/2020<br>Date Terminated: 12/17/2020<br>Jury Demand: None<br>Nature of Suit: 441 Civil Rights: Voting<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **The Twelfth Congressional District Republican Committee**<br>*TERMINATED: 12/17/2020* | represented by | **Christopher I. Kachouroff**<br>McSweeney, Cynkar & Kachouroff, PLLC<br>13649 Office Place<br>Suite 101<br>Woodbridge, VA 22192<br>703–365–9900<br>Email: chris@mck–lawyers.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Johnny Emmett Clyde Vines**<br>Johnny Vines, P.C.<br>P.O. Box 1422<br>Metter, GA 30439<br>912–243–0519<br>Fax: 912–537–6600<br>Email: jecvines@outlook.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick M. McSweeney**<br>McSweeney, Cynkar & Kachouroff, PLLC<br>13649 Office Place<br>Suite 101<br>Woodbridge, VA 22192<br>703–853–0160<br>Email: patrick@mck–lawyers.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert J. Cynkar**<br>McSweeney, Cynkar & Kachouroff, PLLC<br>13649 Office Place<br>Suite 101<br>Woodbridge, VA 22192<br>703–853–0160<br>Email: rcynkar@mck–lawyers.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian W. Tucker**<br>*an individual voter and resident of Richmond County*<br>*TERMINATED: 12/17/2020* | represented by | **Christopher I. Kachouroff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **Johnny Emmett Clyde Vines**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Patrick M. McSweeney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Robert J. Cynkar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cathy A. Latham**<br>*a 2020 candidate for Presidential Elector*<br>*TERMINATED: 12/17/2020* | represented by | **Christopher I. Kachouroff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Johnny Emmett Clyde Vines**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Patrick M. McSweeney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert J. Cynkar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Edward T. Metz**<br>*a 2020 candidate for Presidential Elector*<br>*TERMINATED: 12/17/2020* | represented by | **Christopher I. Kachouroff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Johnny Emmett Clyde Vines**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Patrick M. McSweeney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert J. Cynkar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
| V. |  |
| **Defendant** |  |
| **Bradford J. Raffensperger**<br>*in his official capacity as Secretary of State of Georgia*<br>*TERMINATED: 12/17/2020* | represented by **Russell David Willard**<br>Office of the Attorney General – Atlanta<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>404–656–7298<br>Fax: 404–657–9932<br>Email: rwillard@law.ga.gov<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Rebecca N. Sullivan**<br>*TERMINATED: 12/17/2020* | represented by **Russell David Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **David J. Worley**<br>*TERMINATED: 12/17/2020* | represented by **Russell David Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Matthew Mashburn**<br>*TERMINATED: 12/17/2020* | represented by **Russell David Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Anh Le**<br>*in their official capacities as Members of the Georgia State Election Board*<br>*TERMINATED: 12/17/2020* | represented by **Russell David Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Tim McFalls**<br>*TERMINATED: 12/17/2020* | represented by **Bryan F. Jacoutot**<br>Taylor English Duma LLP<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta, GA 30339<br>770–434–6868<br>Email: bjacoutot@taylorenglish.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan P. Tyson**<br>Taylor English Duma LLP<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta, GA 30339<br>770–434–6868<br>Email: btyson@taylorenglish.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Diane Festin LaRoss**<br>Taylor English Duma, LLP<br>1600 Parkwood Circle |

|  | Suite 400<br>Atlanta, GA 30339<br>770–434–6868<br>Fax: 770–434–7376<br>Email: dlaross@taylorenglish.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|

**Defendant**

| **Marcia Brown**<br>*TERMINATED: 12/17/2020* | represented by | **Bryan F. Jacoutot**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan P. Tyson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Diane Festin LaRoss**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Sherry T. Barnes**<br>*TERMINATED: 12/17/2020* | represented by | **Bryan F. Jacoutot**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan P. Tyson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Diane Festin LaRoss**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Terence Dicks**<br>*TERMINATED: 12/17/2020* | represented by | **Bryan F. Jacoutot**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan P. Tyson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Diane Festin LaRoss**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

**Bob Finnegan**
*in their official capacities as Members of the Richmond County Board of Elections*
*TERMINATED: 12/17/2020*

represented by **Bryan F. Jacoutot**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan P. Tyson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Festin LaRoss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Democratic Party of Georgia, Inc.**
*Democratic Party of Georgia, Inc.*
*TERMINATED: 12/17/2020*

represented by **Adam M. Sparks**
Krevolin & Horst, LLC
1201 W. Peachtree Street, NW
One Atlantic Center
Suite 3250
Atlanta, GA 30309
404–888–9700
Email: sparks@khlawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda R. Callais**
Perkins Coie LLP
700 13th Street NW
Suite 800
Washington, DC 20005
202–654–2000
Email: acallais@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Geise**
Perkins Coie LLP
700 13th Street NW
Suite 800
Washington, DC 20005
202–654–6300
Email: jgeise@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Hill**
Perkins Coie LLP
1201 Third Avenue
49th Floor
Seattle, WA 98101
206–359–8000
Email: lhill@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
Perkins Coie LLP
700 13th Street NW
Suite 800
Washington, DC 20005
202–654–2000
Email: melias@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joyce Gist Lewis**
Krevolin & Horst, LLC
1201 W. Peachtree Street, NW
One Atlantic Center
Suite 3250
Atlanta, GA 30309
404–888–9700
Email: jlewis@khlawfirm.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DSCC**
*DSCC*
*TERMINATED: 12/17/2020*

represented by **Adam M. Sparks**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda R. Callais**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Geise**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura Hill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joyce Gist Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Georgia State Conference of the NAACP**
*TERMINATED: 12/17/2020*

represented by **Julie M. Houk**
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, DC 20005

|   |   |
|---|---|
|   | 202–662–8391<br>Email: jhouk@lawyerscommittee.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|   | **John Paul Batson**<br>John P. Batson, Attorney at Law<br>P.O. Box 3248<br>Augusta, GA 30914–3248<br>706–737–4040<br>Fax: 706–736–3391<br>Email: jpbatson@aol.com<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Georgia Coalition for the Peoples Agenda, Inc. (GCPA)**<br>*TERMINATED: 12/17/2020* | represented by | **Julie M. Houk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Paul Batson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Helen Butler**<br>*TERMINATED: 12/17/2020* | represented by | **Julie M. Houk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Paul Batson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2021 | 50 | NOTICE OF APPEAL as to 47 Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction,, Order on Motion for TRO, 48 Clerk's Judgment by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. Filing fee $ 505, receipt number AGASDC–3012366. (Kachouroff, Christopher) (Entered: 01/15/2021) |
| 01/01/2021 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motions Hearing held on 12/17/2020, before Judge JRH. Court Reporter/Transcriber Lisa Davenport, Telephone number 706–823–6468. Tape Number: FTR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. (Transcript Redaction Policy Issued or Click here to view Transcript Redaction Policy) Redaction Request due 1/22/2021. Redacted Transcript Deadline set for 2/1/2021. Release of Transcript Restriction set for 4/1/2021. (Davenport, Lisa) (Entered: 01/01/2021) |
| 12/17/2020 |   | (Court only) *** Party Helen Butler, DSCC (DSCC), Democratic Party of Georgia, Inc. (Democratic Party of Georgia, Inc.), Terence Dicks, Bob Finnegan (in their official capacities as Members of the Richmond County Board of Elections), Georgia Coalition for the Peoples Agenda, Inc. (GCPA), Georgia State Conference of the NAACP, Cathy A. Latham (a 2020 candidate for Presidential Elector), Anh Le (in their official capacities as Members of the Georgia State Election Board), Matthew Mashburn, Tim McFalls, Edward T. Metz (a 2020 candidate for Presidential Elector), Bradford J. Raffensperger (in his official capacity as Secretary of State of Georgia), |

| | | |
|---|---|---|
| | | Rebecca N. Sullivan, The Twelfth Congressional District Republican Committee, Brian W. Tucker (an individual voter and resident of Richmond County), David J. Worley, Sherry T. Barnes and Marcia Brown terminated. (pts) (Entered: 12/17/2020) |
| 12/17/2020 | 48 | CLERK'S JUDGMENT. Signed by Deputy Clerk on 12/17/2020. (pts) (Entered: 12/17/2020) |
| 12/17/2020 | 47 | ORDER granting 27 Motion to Dismiss and 28 Motion to Dismiss; denying as moot 2 Motion for TRO. This case is dismissed with prejudice and stands closed. Signed by Chief Judge J. Randal Hall on 12/17/2020. (pts) (Entered: 12/17/2020) |
| 12/17/2020 | 46 | Minute Entry for proceedings held by video teleconference before Chief Judge J. Randal Hall: Motion Hearing held on 12/17/2020 re 2 MOTION for Temporary Restraining Order filed by Edward T. Metz, Cathy A. Latham, Brian W. Tucker, The Twelfth Congressional District Republican Committee, 27 MOTION to Dismiss filed by David J. Worley, Rebecca N. Sullivan, Bradford J. Raffensperger, Anh Le, Matthew Mashburn, 10 MOTION to Intervene *as Defendants* filed by DSCC, Democratic Party of Georgia, Inc. Court to enter an Order. (Court Reporter Lisa Davenport.) (cjc) (Entered: 12/17/2020) |
| 12/16/2020 | 45 | AFFIDAVIT in Opposition re 27 MOTION to Dismiss *Rebuttal Declaration of Alex Chilton* filed by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. (Kachouroff, Christopher) (Entered: 12/16/2020) |
| 12/16/2020 | 44 | REPLY to Response to Motion re 27 MOTION to Dismiss , 10 MOTION to Intervene *as Defendants*, 28 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for Failure to State a Claim*, 31 MOTION for Judgment Debtor Exam *VOID* MOTION to Intervene *Reply to All Defendants' Opposition* filed by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. (Kachouroff, Christopher) (Entered: 12/16/2020) |
| 12/16/2020 | 43 | TEXT ORDER granting 36 Motion for Leave to Appear Pro Hac Vice; and granting 41 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Brian K. Epps on 12/16/2020. (cjc) (Entered: 12/16/2020) |
| 12/16/2020 | 42 | TEXT ORDER granting 32 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Brian K. Epps on 12/16/2020. (cjc) (Entered: 12/16/2020) |
| 12/16/2020 | | PRO HAC VICE PAID for Attorney Bryan Jacoutot re Tim McFalls; Amount $200.00, Receipt # AUG028644, Date: 12/16/2020. (jlh) (Entered: 12/16/2020) |
| 12/16/2020 | | MOTIONS REFERRED: 41 MOTION for Leave to Appear Pro Hac Vice. (pts) (Entered: 12/16/2020) |
| 12/16/2020 | 41 | MOTION for Leave to Appear Pro Hac Vice by Tim McFalls. Responses due by 12/30/2020. (LaRoss, Diane) (Entered: 12/16/2020) |
| 12/16/2020 | | MOTIONS REFERRED: 36 MOTION for Leave to Appear Pro Hac Vice *for Bryan P. Tyson* (pts) (Entered: 12/16/2020) |
| 12/16/2020 | | MOTIONS REFERRED: 32 MOTION for Leave to Appear Pro Hac Vice *of Laura Hill.* (pts) (Entered: 12/16/2020) |
| 12/16/2020 | 40 | Brief in Opposition re 2 MOTION for Temporary Restraining Order filed by Helen Butler, Georgia Coalition for the Peoples Agenda, Inc. (GCPA), Georgia State Conference of the NAACP. (pts) (Entered: 12/16/2020) |
| 12/16/2020 | 39 | ANSWER to Complaint by Helen Butler, Georgia Coalition for the Peoples Agenda, Inc. (GCPA), Georgia State Conference of the NAACP.(pts) (Entered: 12/16/2020) |
| 12/16/2020 | 38 | ORDER granting 31 Motion to Intervene. The Clerk is directed to add the herein named Intervenor–Defendants as parties to this case. Signed by Chief Judge J. Randal Hall on 12/16/2020. (pts) (Entered: 12/16/2020) |
| 12/16/2020 | 37 | TEXT ORDER granting 33 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Brian K. Epps on 12/16/2020. (cjc) (Entered: 12/16/2020) |

| | | |
|---|---|---|
| 12/16/2020 | 36 | MOTION for Leave to Appear Pro Hac Vice *for Bryan P. Tyson* Receipt Number AGASDC–2987551, Fee Amount $200, by Sherry T. Barnes, Marcia Brown, Terence Dicks, Bob Finnegan, Tim McFalls. Responses due by 12/30/2020. (LaRoss, Diane) (Additional attachment(s) added on 12/16/2020: # 1 Corrected Application) (pts). (Entered: 12/16/2020) |
| 12/16/2020 | 35 | NOTICE of Appearance by Diane Festin LaRoss on behalf of Sherry T. Barnes, Marcia Brown, Terence Dicks, Bob Finnegan, Tim McFalls (LaRoss, Diane) (Entered: 12/16/2020) |
| 12/16/2020 | 34 | RESPONSE in Opposition re 31 MOTION for Judgment Debtor Exam *VOID* MOTION to Intervene filed by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. (Kachouroff, Christopher) (Entered: 12/16/2020) |
| 12/16/2020 | | MOTIONS REFERRED: 33 MOTION for Leave to Appear Pro Hac Vice *Julie Marie Houk*. (pts) (Entered: 12/16/2020) |
| 12/15/2020 | 33 | MOTION for Leave to Appear Pro Hac Vice *Julie Marie Houk* Receipt Number AGASDC–2987424, Fee Amount $200, by Helen Butler. Responses due by 12/29/2020. (Attachments: # 1 Exhibit Ex. A Other cases in District, # 2 Exhibit Ex. B cert god stand ND Ca Houk, # 3 Text of Proposed Order Order admitting JHouk PHV)(Batson, John) (Entered: 12/15/2020) |
| 12/15/2020 | 32 | MOTION for Leave to Appear Pro Hac Vice *of Laura Hill* Receipt Number AGASDC–2987420, Fee Amount $200, by DSCC, Democratic Party of Georgia, Inc.. Responses due by 12/29/2020. (Attachments: # 1 Ex. 1 – L. Hill Certificate of Good Standing)(Lewis, Joyce) (Additional attachment(s) added on 12/16/2020: # 2 Flattened PDF) (pts). (Additional attachment(s) added on 12/16/2020: # 3 Statement of Cases) (pts). (Entered: 12/15/2020) |
| 12/15/2020 | 31 | MOTION for Judgment Debtor Exam *VOID*, MOTION to Intervene by Georgia State Conference of the NAACP,, Georgia Coalition for the Peoples Agenda, Inc. (GCPA), Helen Butler. Responses due by 12/29/2020. (Attachments: # 1 Affidavit Woodall Dec, # 2 Affidavit Butler Dec, # 3 Affidavit Powers Dec., # 4 Exhibit Prop Answ of Intervenors, # 5 Briefs Prop Brief Opp TRO by Ivrs, # 6 Text of Proposed Order Granting Intervention, # 7 Text of Proposed Order Denying TRO)(Batson, John) (Entered: 12/15/2020) |
| 12/15/2020 | 30 | RESPONSE in Opposition re 2 MOTION for Temporary Restraining Order filed by DSCC, Democratic Party of Georgia, Inc.. (Attachments: # 1 Ex. 1 – Pearson v. Kemp Hr'g Tr., # 2 Ex. 2 – Boland v. Raffensperger Order)(Lewis, Joyce) (Entered: 12/15/2020) |
| 12/15/2020 | 29 | RESPONSE in Opposition re 2 MOTION for Temporary Restraining Order filed by Sherry T. Barnes, Marcia Brown, Terence Dicks, Bob Finnegan, Tim McFalls. (Attachments: # 1 Exhibit A – Dec. of Lynn Bailey)(Tyson, Bryan) (Entered: 12/15/2020) |
| 12/15/2020 | 28 | ******* MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss *for Failure to State a Claim* by Sherry T. Barnes, Marcia Brown, Terence Dicks, Bob Finnegan, Tim McFalls. Responses due by 12/29/2020. (Attachments: # 1 Briefs Brief in Support of Motion)(Tyson, Bryan) (Entered: 12/15/2020) |
| 12/15/2020 | 27 | MOTION to Dismiss by Anh Le, Matthew Mashburn, Bradford J. Raffensperger, Rebecca N. Sullivan, David J. Worley. Responses due by 12/29/2020. (Willard, Russell) (Entered: 12/15/2020) |
| 12/15/2020 | 26 | RESPONSE in Opposition re 2 MOTION for Temporary Restraining Order filed by Anh Le, Matthew Mashburn, Bradford J. Raffensperger, Rebecca N. Sullivan, David J. Worley. (Attachments: # 1 Exhibit Declaration in Support of Response in Opposition)(Willard, Russell) (Entered: 12/15/2020) |
| 12/15/2020 | 25 | NOTICE of Filing by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker re 2 MOTION for Temporary Restraining Order *Declaration of Cathy Latham* (Kachouroff, Christopher) (Entered: 12/15/2020) |

| | | |
|---|---|---|
| 12/15/2020 | 24 | NOTICE of Appearance by Russell David Willard on behalf of Anh Le, Matthew Mashburn, Bradford J. Raffensperger, Rebecca N. Sullivan, David J. Worley (Willard, Russell) (Entered: 12/15/2020) |
| 12/15/2020 | 23 | NOTICE by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker *Certificate of Substantial Compliance* (Attachments: # 1 Exhibit A – D)(Kachouroff, Christopher) (Entered: 12/15/2020) |
| 12/15/2020 | 22 | TEXT ORDER granting 12 Motion for Leave to Appear Pro Hac Vice; granting 19 Motion for Leave to Appear Pro Hac Vice; granting 20 Motion for Leave to Appear Pro Hac Vice; and granting 21 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Brian K. Epps on 12/15/2020. (cjc) (Entered: 12/15/2020) |
| 12/15/2020 | | MOTIONS REFERRED: 19 MOTION for Leave to Appear Pro Hac Vice *of Marc E. Elias* 20 MOTION for Leave to Appear Pro Hac Vice *of Amanda R. Callais* 21 MOTION for Leave to Appear Pro Hac Vice *of John M. Geise* (pts) (Entered: 12/15/2020) |
| 12/14/2020 | 21 | MOTION for Leave to Appear Pro Hac Vice *of John M. Geise* Receipt Number AGASDC−2986339, Fee Amount $200, by DSCC, Democratic Party of Georgia, Inc.. Responses due by 12/28/2020. (Lewis, Joyce) (Additional attachment(s) added on 12/15/2020: # 1 Flattened PDF) (pts). (Entered: 12/14/2020) |
| 12/14/2020 | 20 | MOTION for Leave to Appear Pro Hac Vice *of Amanda R. Callais* Receipt Number AGASDC−2986338, Fee Amount $200, by DSCC, Democratic Party of Georgia, Inc.. Responses due by 12/28/2020. (Lewis, Joyce) (Additional attachment(s) added on 12/15/2020: # 1 Flattened PDF) (pts). (Entered: 12/14/2020) |
| 12/14/2020 | 19 | MOTION for Leave to Appear Pro Hac Vice *of Marc E. Elias* Receipt Number AGASDC−2986337, Fee Amount $200, by DSCC, Democratic Party of Georgia, Inc.. Responses due by 12/28/2020. (Lewis, Joyce) (Additional attachment(s) added on 12/15/2020: # 1 Flattened PDF) (pts). (Entered: 12/14/2020) |
| 12/14/2020 | 18 | NOTICE of Hearing on Motion by Electronic Means 2 MOTION for Temporary Restraining Order: Motion Hearing set for 12/17/2020 10:00 AM in AUG−DistVTC before Chief Judge J. Randal Hall. *VTC information provided to parties via email. The dedicated public access lines are: Phone # 1−877−873−8017; Access Code: 7091723; Security Code: 1234 OR Phone # 1−888−684−8852; Access Code: 8878734; Security Code: 1234.(lcw) (Entered: 12/14/2020) |
| 12/14/2020 | 17 | ORDER Setting Hearing on Motion 2 MOTION for Temporary Restraining Order: Motion Hearing set for 12/17/2020 10:00 AM in AUG−DistVTC before Chief Judge J. Randal Hall. THE COURT ORDERS that Plaintiffs shall perfect service on Defendants by 9:00 P.M. EST Today, December 14, 2020. Should any party require a subpoena from the Court, counsel shall notify the Courtroom Deputy Clerk in advance and in no event later than 4PM on 12/15/2020. Exhibits shall be provided to the Courtroom Deputy Clerk no later than 12:00PM EST on 12/16/2020. Defendants and Intervenor−Defendants shall file their briefs in opposition to 2 by 12/15/2020 at 9:00PM EST. Plaintiff's reply briefs or any responses to a motion to dismiss or any other motion filed by Defendants and Intervenor−Defendants will be due on Wednesday, 12/16/2020, by 3:00PM EST. Signed by Chief Judge J. Randal Hall on 12/14/2020. (pts) (Entered: 12/14/2020) |
| 12/14/2020 | | (Court only) ***Deadlines terminated. (pts) (Entered: 12/14/2020) |
| 12/14/2020 | | MOTIONS REFERRED: 12 MOTION for Leave to Appear Pro Hac Vice *of Adam M. Sparks*. (pts) (Entered: 12/14/2020) |
| 12/14/2020 | 16 | NOTICE by DSCC, Democratic Party of Georgia, Inc. re 12 MOTION for Leave to Appear Pro Hac Vice *of Adam M. Sparks* Receipt Number BGASDC−2985220, Fee Amount $200, (Attachments: # 1 Exhibit Certificate of Good Standing_Adam M. Sparks)(Lewis, Joyce) (Entered: 12/14/2020) |
| 12/14/2020 | | Set/Reset Deadlines as to 2 MOTION for Temporary Restraining Order. Responses due by 12/15/2020. (pts) (Entered: 12/14/2020) |
| 12/14/2020 | 15 | ANSWER to Complaint by DSCC, Democratic Party of Georgia, Inc.(pts) (Entered: 12/14/2020) |

| | | |
|---|---|---|
| 12/14/2020 | 14 | ORDER granting 10 Motion to Intervene. The Court Orders Intervenor–Defendants to file a response to Plaintiffs' 2 Emergency Motion by 7:00 P.M., Tuesday, December 15, 2020. Signed by Chief Judge J. Randal Hall on 12/14/2020. (pts) (Entered: 12/14/2020) |
| 12/14/2020 | 13 | NOTICE of Deficiency re 12 MOTION for Leave to Appear Pro Hac Vice *of Adam M. Sparks*. Set/Reset Deadlines: Compliance due by 12/16/2020. (pts) (Entered: 12/14/2020) |
| 12/11/2020 | 12 | MOTION for Leave to Appear Pro Hac Vice *of Adam M. Sparks* Receipt Number BGASDC–2985220, Fee Amount $200, by DSCC, Democratic Party of Georgia, Inc.. Responses due by 12/25/2020. (Lewis, Joyce) (Entered: 12/11/2020) |
| 12/11/2020 | 11 | Corporate Disclosure Statement by DSCC, Democratic Party of Georgia, Inc.. (Lewis, Joyce) (Entered: 12/11/2020) |
| 12/11/2020 | 10 | MOTION to Intervene *as Defendants* by Democratic Party of Georgia, Inc., DSCC. Responses due by 12/25/2020. (Attachments: # 1 Ex. 1 – Proposed Intervenor–Defendants' Proposed Answer to Plaintiffs' Complaint)(Lewis, Joyce) (Entered: 12/11/2020) |
| 12/11/2020 | 9 | TEXT ORDER granting 6 Motion for Leave to Appear Pro Hac Vice; granting 7 Motion for Leave to Appear Pro Hac Vice; and granting 8 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Brian K. Epps on 12/11/2020. (cjc) (Entered: 12/11/2020) |
| 12/10/2020 | | MOTIONS REFERRED: 6 – 8 PHV Motions. (pts) (Entered: 12/10/2020) |
| 12/10/2020 | 8 | Third MOTION for Leave to Appear Pro Hac Vice Receipt Number AGASDC–2984187, Fee Amount $200, by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. Responses due by 12/24/2020. (Attachments: # 1 Proposed Order, # 2 Notice of Filing In Support of Pro Hac Vice)(Vines, Johnny) (Additional attachment(s) added on 12/10/2020: # 3 Signed Cert of Good Standing) (pts). (Entered: 12/10/2020) |
| 12/10/2020 | 7 | Second MOTION for Leave to Appear Pro Hac Vice Receipt Number AGASDC–2984179, Fee Amount $200, by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. Responses due by 12/24/2020. (Attachments: # 1 Notice of Filing In Support of Pro Hac Vice, # 2 Proposed Order)(Vines, Johnny) (Additional attachment(s) added on 12/10/2020: # 3 Signed Cert of Good Standing) (pts). (Entered: 12/10/2020) |
| 12/10/2020 | 6 | First MOTION for Leave to Appear Pro Hac Vice Receipt Number AGASDC–2984159, Fee Amount $200, by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. Responses due by 12/24/2020. (Attachments: # 1 Notice of Filing In Support of Pro Hac Vice Applications, # 2 Proposed Order)(Vines, Johnny) (Additional attachment(s) added on 12/10/2020: # 3 Signed Cert of Good Standing) (pts). (Entered: 12/10/2020) |
| 12/10/2020 | 5 | Disclosure Statement pursuant to Local Rule 7.1.1 by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker, Corporate Disclosure Statement by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. (Vines, Johnny) (Entered: 12/10/2020) |
| 12/10/2020 | 4 | RULE 26(f) ORDER. Signed by Magistrate Judge Brian K. Epps on 12/10/2020. (Attachments: # 1 Civil Case Forms.) (jlh) (Entered: 12/10/2020) |
| 12/10/2020 | 3 | Summons Issued as to Sherry T. Barnes, Marcia Brown, Terence Dicks, Bob Finnegan, Anh Lee, Tim McFalls, Bradford J. Raffensperger, Rebecca N. Sullivan, and David J. Worley. (jlh) (Entered: 12/10/2020) |
| 12/09/2020 | 2 | MOTION for Temporary Restraining Order, by Cathy A. Latham, Edward T. Metz, The Twelfth Congressional District Republican Committee, Brian W. Tucker. Responses due by 12/23/2020. (jlh) (Entered: 12/10/2020) |
| 12/09/2020 | 1 | COMPLAINT against all Defendants, filed by Brian W. Tucker, Edward T. Metz, The Twelfth Congressional District Republican Committee, Cathy A. Latham. (Fee paid: Receipt # AGASDC–2983503, $402.00.) (Attachment: # 1 Civil Cover Sheet.) (jlh) |

|  |  | (Entered: 12/10/2020) |