IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA
AUGUSTA DIVISION

TWELFTH CONGRESSIONAL DISTRICT REPUBLICAN
COMMITTEE, BRIAN W. TUCKER, an individual voter
and resident of Richmond County, CATHY A. LATHAM,
a 2020 candidate for Presidential Elector, EDWARD T. METZ,
a 2020 candidate for Presidential Elector,

    **Plaintiffs-Appellants,**

USDC #: CV 120-180

VS.

USCA #: 21-10183-CC

SECRETARY, STATE OF GEORGIA, in his official capacity,
REBECCA N. SULLIVAN, DAVID J. WORLEY, MATTHEW
MASHBURN, ANH LE, in their official capacity as Members
of the Georgia State Election Board, TIM FALLS, MARCIA
BROWN, SHERRY T. BARNES, TERENCE DICKS, BOB
FINNEGAN, in their official capacities as members of the
Richmond County Board of Elections, et al,

    **Defendant-Appellees.**

## ORDER

The Appeal of the Judgment of this Court in the above case having been DISMISSED by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this court.

This 6th day of April, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA